In the Matter of the Application of Siegel-Cooper Company, Appellant, for an Order Directing Wilmore Anway, Respondent, to Turn over Certain Papers, etc.— Order affirmed, with costs and disbursements. No opinion.

Thomas T. Williams, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,000, in which event, judgment as so modified and order affirmed, without costs. No opinion. Ingraham, J., dissented and voted for reversal. Settle order on notice.

Isaac N. Miller, Appellant, v. Marcella Buchanan, Individually and as Executrix, etc., of Alexina S. Buchanan, Deceased, and Others, Respondents.— Judgment modified by allowing interest from March, 1900, and as modified affirmed, with costs to plaintiff. No opinion. Settle order on notice.

Henry M. Rau, Respondent, v. Daniel S. McElroy and Linda L. McElroy, His Wife, Appellants, Impleaded with William N. Heard and Others.— Judgment affirmed, with costs, and appeal from order dismissed. No opinion.

Stephen J. Noonan, Appellant, v. Manhattan Railway Company and Interborough Rapid Transit Company, Respondents.— Determination affirmed, with ten dollars costs and disbursements. No opinion. (Houghton, J., dissented )

George K. Cummings, Respondent, v. The Corbin Motor Vehicle Corporation, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. (Ingraham, J., dissented.)

Felicite Skiff Riddle, Respondent, v. Bernarr A. MacFadden, Appellant, Impleaded with Luther S. White.— Judgment and order affirmed, with costs. No opinion.

William Feehan, an Infant, by John Feehan, His Guardian ad Litem, Appellant, v. New York City Railway Company, Respondent.— Order affirmed, with costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account of George Leask and Others, as Trustees of the Trusts Created in and by the Last Will and Testament of Hudson Hoagland, Deceased, Respondents. Dorothy Racilia Hoagland, Appellant.— Decree affirmed, with costs. No opinion. (Clarke, J., dissented.)

Pauline Rimoldi, Appellant, v. The Hudson Guild, Respondent.— Determination affirmed, with costs. No opinion.

Joseph G. Switzer, Respondent, v. The Commissioners for Loaning Certain Moneys of the United States for the County of New York, Appellants.— Judgment affirmed, with costs, with leave to defendants to amend on payment of costs, and appeal from decision dismissed. No opinion.

Isaac O. Schiff and Joseph Schiff, Appellants, v. Charles Miller, Respondent. — Judgment affirmed, with costs. No opinion.

William Ebling and Others, Respondents, v. Francis J. Nekarda, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edwin P. Shattuck, as Receiver of New York Investment and Improvement Company, Respondent, v. Guardian Trust Company of New York, Appellant.—

Order affirmed, with ten dollars costs and disbursements. No opinion. (Clarke and Houghton, JJ., dissented.)